# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Slaybi,**
    **Plaintiff,**

**V.**

**Shrewsbury Police Department,**
    **Defendant,**

**CIVIL ACTION**

**NO. 20-40136-TSH**

## ORDER OF DISMISSAL

**Hillman, D. J.**

In accordance with the Court's Electronic Order issued on 11/30/20, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

    11/30/20                                                        /s/ Martin Castles
      Date                                                            Deputy Clerk